FILED
CLERK, U.S. DISTRICT COURT

AUG 1 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Moses Blackmon DEFENDANT(S). | CASE NUMBER 2-11-mj-1920 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __August__, __17__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Fick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __8/16/11__       _____
                         U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**